■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTELL BELL, Appellant. [994 NYS2d 872]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Camacho, J., at plea; Kron, J., at sentence), rendered October 17, 2012, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, without a hearing (Camacho, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248 [2006]; *People v Brown*, 122 AD3d 133 [2d Dept 2014]). However, contrary to the defendant's contention, there is no basis in this record to conclude that the Supreme Court erred as a matter of law in denying that branch of the defendant's omnibus motion which was to suppress identification testimony (*see People v Boyer*, 6 NY3d 427 [2006]; *People v Mendoza*, 82 NY2d 415, 421 [1993]; *People v Wharton*, 74 NY2d 921, 923 [1989]). Dickerson, J.P., Leventhal, Sgroi and LaSalle, JJ., concur.